**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMY THOMAS-LAWSON; et al.,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>    Defendant-Appellee. | No.   21-55459<br><br>D.C. No.<br>2:20-cv-07301-ODW-E<br>Central District of California, Los Angeles<br><br>ORDER |

The parties' joint motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b). This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7